IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANE L. KENT-DURING, Individually
and as Personal Representative of the
Estate of William A. During, deceased,

    Plaintiff,

v.                                      CASE NO. 1:10-cv-100-SPM-GRJ

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

This case is before the Court on Doc. 26, Defendant's second unopposed motion for extension of time for Rule 26(a)(2) disclosures. Upon due consideration, it is

**ORDERED:**

That the motion, Doc. 26, is **GRANTED.** Defendant shall provide its Rule 26(a)(2) disclosures **on or before July 29, 2011.**

**DONE AND ORDERED** this 18th day of July 2011.

            *s/ Gary R. Jones*
            GARY R. JONES
            United States Magistrate Judge